**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David Earl NEWCOMB, Defendant–Appellant.**

**No. 07–30314.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 17, 2008.

Filed Dec. 1, 2008.

Joshua A. Van De Wetering, Esquire, Office of the U.S. Attorney, Missoula, MT, Eric B. Wolff, Esquire, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, B. FLETCHER and RAWLINSON, Circuit Judges.

#### MEMORANDUM *

The officers had reasonable suspicion, based on their collective knowledge, for the investigatory stop of Newcomb. *See United States v. Diaz–Juarez,* 299 F.3d 1138, 1141 (9th Cir.2002); *United States v.*

\* This disposition is not appropriate for publication and is not precedent except as provided

*Sutton,* 794 F.2d 1415, 1426 (9th Cir.1986). The stop was reasonable in duration and scope because the officer had a plain view of contraband in Newcomb's vehicle shortly after the stop began. *See United States v. Garcia–Rivera,* 353 F.3d 788, 791 (9th Cir.2003).

**AFFIRMED.**